JUDGE PRESKA

08 CV 4051

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BELARUSSIAN SHIPPING COMPANY,

           Plaintiff(s),

        -against-

NEPTUNE SHIPPING S.A.,

           Defendant(s).
------------------------------------X

1:08-cv-_____

RULE 7.1 STATEMENT

RECEIVED APR 30 2008 U.S.D.C. S.D.N.Y. CASHIERS

    PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, BELARUSSIAN SHIPPING CO. ("BSC"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of BSC.

Dated:   New York, NY
          April 29, 2008

                                  Respectfully submitted,

                                  MAHONEY & KEANE, LLP
                                  Attorneys for Plaintiff
                                  BELARUSSIAN SHIPPING CO.

                        By:  _____
                                  Edward A. Keane (EK 1398)
                                  111 Broadway, 10th Floor
                                  New York, NY 10006
                                  Tel. (212) 385-1422
                                  Fax (212) 385-1605
                                  <u>File No. 12/3577/B/08/4</u>