# MAHONEY & KEANE, LLP

*Attorneys at Law*
11 Hanover Square - 10th Floor
New York, New York 10005
Telephone (212) 385-1422
Facsimile (212) 385-1605
jrodriguez@mahoneykeane.com

Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy··
Garth S. Wolfson
Jorge A. Rodriguez+

Of Counsel
Stephen J. Murray

*Also admitted in NJ
+Also admitted in CT
· Also admitted in PA

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

RECEIVED AUG 15 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE

## MEMO ENDORSED

August 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

THIS TRANSMISSION CONSISTS OF ONE (1) PAGE
VIA FACSIMILE (212) 805-7932
Hon. Theodore H. Katz
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re: BELARUSSIAN SHIPPING CO. v. NEPTUNE SHIPPING S.A.
USDC/SDNY – 1:08-cv-4051 (MGC)
File No. 12/3577

Honorable Sir:

We represent Plaintiff BELARUSSIAN SHIPPING CO. ("BELARUSSIAN") in the above-referenced matter, which involves a maritime attachment pursuant to Supplemental Rule B, of the Federal Rules of Civil Procedure, to secure the results of London arbitration. In response to the Court's request for an update, we report that on August 8, 2008, $13,723.00 belonging to Defendant were restrained. Notice, pursuant to Rule B(2), was sent to Defendant on August 12, 2008. We are currently awaiting Defendant's answer.

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE LLP

By: _____
Jorge A. Rodriguez, Esq.

*Submit a status report on 9/18/08*

8/18/08 **SO ORDERED**

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE